```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

HEATHER D. WOLFF,

               Plaintiff,

vs.                                    Case No. 2:03-cv-289-FtM-33SPC

L. CARON JEFFERYS, as Court Administrator for Court Administration, Twentieth Judicial Circuit, a political subdivision of the STATE OF FLORIDA ,

               Defendant.

_____/

**ORDER**

This matter is before the Court on consideration of United States Magistrate Judge Sheri Polster Chappell's Report and Recommendation (Doc. # 108), entered on August 30, 2005, recommending that Defendant Caron Jefferys as Court Administrator for Court Administration's Motion for Costs and Attorney's Fees (Doc. # 103) be granted in part and denied in part.

As of this date, neither party has filed an objection to the report and recommendation, and the time for the parties to file such objections has elapsed.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); <u>Williams v. Wainwright</u>, 681 F.2d 732 (11th Cir. 1982), <u>cert.</u> <u>denied</u>, 459 U.S. 1112 (1983). In the absence of specific

objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(c). The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving de novo review to matters of law, the Court accepts the factual findings and legal conclusions of the magistrate judge, and the recommendation of the magistrate judge regarding the motion.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) United States Magistrate Judge Sheri Polster Chappell's Report and Recommendation (Doc. # 108) recommending that Defendant Caron Jefferys as Court Administrator for Court Administration's Motion for Costs and Attorney's Fees (Doc. 103) be granted in part and denied in part is **ACCEPTED** and **ADOPTED.**

(2) As recommended by the Magistrate, this Court will defer ruling as to some items of costs claimed by Defendant. Defendant

shall have ten days from the date of this order to provide more detailed information as specified in the Report and Recommendation. Failure to timely submit this information could lead to a denial of the costs sought.

(3) After this Court has received the proper documentation of the costs claimed by Defendant, this Court will enter a final order detailing the fees and costs Plaintiff shall be required to pay Defendant.

**DONE** and **ORDERED** in Chambers in Ft. Myers, Florida, this 19th day of September, 2005.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record